## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**FRANKLIN C. SMITH, et al.,**

     **Plaintiffs,**

**v.**                                      **Case No. 4:22-cv-176-AW-MAF**

**GOVERNOR RON DESANTIS, et al.,**

     **Defendants.**

_____/

## ORDER OF DISMISSAL

I have considered the magistrate judge's report and recommendation, dated June 9. ECF No. 8. There has been no objection. I now adopt the report and recommendation and incorporate it into this order.

Plaintiff Smith filed a pro se suit on behalf of himself and others. As the magistrate judge correctly notes, Smith is a nonlawyer and cannot bring claims on behalf of others. The claims of the plaintiffs Smith purports to represent, then, are dismissed without prejudice.

As to Smith's own claims, I dismiss them pursuant to 28 U.S.C. § 1915(g). Smith does not identify himself as a prisoner, but the magistrate judge concluded he was one. The magistrate judge gave Smith an opportunity to object to the finding

1

that he is a "three-striker," and Smith filed nothing in response. Thus, Smith's IFP status has been revoked, and his claims are now dismissed without prejudice.[1]

The clerk will enter judgment that says, "Plaintiff's claims are dismissed without prejudice." The clerk will then close the file.

SO ORDERED on July 18, 2022.

s/ *Allen Winsor*
United States District Judge

---

[1] The magistrate judge provided additional bases for dismissal and recommended dismissal *with* prejudice. Because I dismiss based on the three-strikes provision and have not reached the merits, the dismissal is *without* prejudice. *See Dupree v. Palmer*, 284 F.3d 1234, 1236 (11th Cir. 2002).